IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs/Garnishor,<br><br>v.<br><br>MICHAEL BRADFORD,<br><br>Defendant,<br><br>and<br><br>CIRRUS DESIGN CORPORATION,<br><br>Garnishee. | Case No. 11 CV 578 GKF PJC<br><br>**FILED**<br><br>JUL 19 2012<br><br>Phil Lombardi, Clerk<br>U.S. DISTRICT COURT |

## GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment, Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being prepared by:

| | |
|---|---|
| Name: | William T. King |
| Title: | Vice President Business Administration<br>Cirrus Design Corporation |
| Address: | 4515 Taylor Circle<br>Duluth, MN 55811 |
| Phone Number: | (218) 529-7204 |

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as: (check those that apply)

☐　　An Individual

　　☐　　In my personal capacity.

　　☐　　Doing business as,

　　　　Name of d/b/a:
　　　　Address:
　　　　Phone Number:

☐　　A Partnership; and Garnishee is:

　　☐　　A general partner

　　☐　　A limited partner

　　Name of Partnership:
　　Address:
　　Phone Number:

**X**　　A Corporation

|  |  |
|---|---|
| Name of Corporation: | Cirrus Design Corporation |
| Address: | 4515 Taylor Circle<br>Duluth, MN 55811 |
| Phone Number: | (218) 529-7204 |
| State of Incorporation: | Wisconsin |
| Principal Place of Business: | Duluth, Minnesota |

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Cirrus is not aware of any prior garnishments involving Defendant Michael Bradford.

-2-

### Description Of Property In Which Defendant Has An Interest

Garnishee states as follows:        (check those that apply)

**X**     From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

☐     Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:

☐     Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:
When Defendant Will Acquire An Interest in the Property:

☐     As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

Defendant is paid: ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly
Date Previous Pay Period Ended:
Date Current Pay Period Ends:

    a.    Defendant's Gross Pay:
    b.    Federal Income Tax Withheld:
    c.    F.I.C.A. Withheld:
    d.    State Income Tax Withheld:
    e.    Total Withholdings (b + c + d):
    f.    Net Earnings (a - e):

## GARNISHEE'S CLAIMS

Garnishee makes the following claims: (check those that apply)

☐ Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption:
Nature of Exemption:

☐ Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control:

(describe nature of objection, defense, or set-off)

## CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

X   Defendant

    Date of Service:    July 18, 2012
    Method of Service:  U.S. Mail to the following address:

        Michael Bradford
        5818 East 50th Street
        Tulsa, Oklahoma 74135


X   The U. S. Attorney's Office
    110 W. 7th St., Suite 300
    Tulsa, OK 74119

    Date of Service:    July 18, 2012
    Method of Service:  U.S. Mail to the following address:

        Phil Pinnell
        Assistant United States Attorney
        110 W. 7th Street, Suite 300
        Tulsa, Oklahoma 74119

-5-

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: 7.18.12

Signature: [signature]

Subscribed and sworn before me this 18 day of July 2012.

[signature] Cindy R Brown
Notary Public
Commission Expires: 1/31/16

CINDY L BROWN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2016

(SEAL)